United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-24-4031 |
| | § | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' joint stipulation, (Docket Entry No. 19), this action is dismissed with prejudice.

SIGNED on August 8, 2024, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge